# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2026-0116
LT Case No. 16-2016-CF-008986-A

_____

DARRYL WHIPPLE,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____


3.800 Appeal from the Circuit Court for Duval County.
Jeb T. Branham, Judge.

Darryl Whipple, Chipley, pro se.

No Appearance for Appellee.

July 21, 2026


PER CURIAM.

    AFFIRMED.


EISNAUGLE, BOATWRIGHT, and MACIVER, JJ., concur.

————————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

————————————————